UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00157-WYD

UNITED STATES OF AMERICA,

      Plaintiff,

v.

RUBEN LICEA GARCIA,

      Defendant.

_____

## ORDER

_____

      This matter is before the Court on review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

      ORDERED that all pretrial motions shall be filed by **Tuesday, May 30, 2006**, and responses to these motions shall be filed by **Monday, June 12, 2006**.  It is

      FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Monday, June 19, 2006, at 1:30 p.m.**  It is

      FURTHER ORDERED that a two-day jury trial is set to commence on **Monday, July 3, 2006, at 9:00 a.m.**

      Dated:  April 27, 2006

                        BY THE COURT:


                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge